# LAW OFFICES OF DAVID CARLEBACH, ESQ.

55 Broadway, Suite 1902
New York, New York 10006

(212) 785-3041
www.carlebachlaw.com
----

**David Carlebach**          **Direct Dial: (347) 329-1241**          email: david@carlebachlaw.com

June 10, 2015

**VIA ECF**

Hon. Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

      *Re:*      **71 Clinton, Inc. -  Ch. 11 Case No. 14-12830 (SCC)**

Dear Judge Chapman:

    I'm writing to the Court with respect to the Sales Procedures Order entered on May 13, 2015, in the above referenced case.  In that regard enclosed please find a copy of the Bid Procedures which were approved as part of said Order and annexed thereto as Exhibit A.

    Pursuant to the Bid Procedures at Page 7 thereof, under the caption "Closing," the time table with respect to the closing is set forth as follows:

> Accordingly, pursuant to the terms of the Purchase Agreement, the sale must close no later than the later of (i) June 30, 2015 or (ii) one business day following entry of an order by the Bankruptcy Court pursuant to section 1129 of the Bankruptcy Code confirming the Plan.  The closing on a sale to the Back-Up Bidder shall take place no later than a date that is ten (10) calendar days from the date that the Successful Bidder would have been required to close.

    At the Court's recent Hearing on June 8, 2015, the Debtor's application for, *inter alia,* a Plan Confirmation Hearing date, the Court advised the Debtor that it would not consider the application until the Sale Confirmation Hearing which will take place on June 18, 2015 at 10:00 a.m.  The Court further advised the Debtor that it would likely schedule the Plan Confirmation Hearing no earlier than thirty (30) days therefrom.  I attach for the Court's convenience the Transcript of the Hearing, the relevant portion is on Page 28, lines 14 through 24, thereof.  Thus, as a practical matter the successful bidder will not be required to close before mid- July, 2015.

Hon. Shelley C. Chapman Letter                     Page 2                     June 10, 2015
_____

In that connection the Debtor has been advised by both brokers that the current language of the Bid Procedures which requires a fourteen (14) day close, is a serious obstacle for many prospective bidders. We therefore, request that the aforementioned language of the Bid Procedures be modified to now read "July 20, 2015" instead of "June 30, 2015."

We have asked the Secured Creditor to consent to this modification but they have not agreed.

Given that the Bid Deadline is scheduled for tomorrow June 11, 2015, we ask that the Court conduct a telephone conference this afternoon to resolve the issue. In that connection, the Debtor has also requested from the Secured Creditor that it consent to extend the Bid Deadline by one (1) day to Friday, June 12, 2015 at 5:00 p.m., but they have similarly, refused to consent to same. We would like the Court to consider that request as well.

                Respectfully submitted,

                /s/ David Carlebach

                David Carlebach

cc:    (All parties via electronic mail)

      Richard Morrissey
      United States Trustee
      richard.morrissey@usdoj.gov

      Seth H. Lieberman, Esq.
      Robert M. Fleischer, Esq.
      Pryor Cashman LLP
      slieberman@pryorcashman.com

      Steven S. Flores, Esq.
      Togut, Segal & Segal LLP
      sflores@teamtogut.com

      Neal M. Rosenbloom
       on behalf of Interested Party Rivington Clinton LLC
      Nrosenbloom@gwfglaw.com
      jstrauss@gwfglaw.com

Hon. Shelley C. Chapman Letter                      Page 3                       June 10, 2015
_____

    J. Ted Donovan on behalf of Interested Party
    Rivington Clinton LLC
    TDonovan@GWFGlaw.com
    jstrauss@gwfglaw.com

    Ronald M. Terenzi on behalf of
    Interested Party Abacus Clinton, LLC
    rterenzi@stcwlaw.com